# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Chris Langer | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:19-cv-01272-ODW-JEM |
| v. | |
| Banneret, LLC et al | **REFERRAL OF MOTION TO DISQUALIFY JUDGE / MAGISTRATE JUDGE** |
| DEFENDANT(S). | |

A Motion to Disqualify Judge / Magistrate Judge  Otis D. Wright, II  was filed on  4/11/19 . Pursuant to General Order 19-03 and Local Rule 72-5, this motion is referred to Judge  Andre Birotte Jr  for determination.

Clerk, U. S. District Court

4/12/2019                                    By  Ed Sambrano
Date                                               Deputy Clerk

## FOR COURT USE ONLY

Ruling on prior motion(s):  ☐ Yes   ☒ No .  Refer to document number(s) _____

*cc:*  *Judge Assigned to Case*
      *Judge Assigned to Determine Motion*
      *Counsel of Record*

CV-54 (03/19)                    REFERRAL OF MOTION TO DISQUALIFY JUDGE / MAGISTRATE JUDGE