Michele A. Dobson, (Bar No. 192349)
LAW OFFICES OF MICHELE A. DOBSON
Historic Bixby Knolls
3711 Long Beach Blvd., Suite 5047
Long Beach, CA 90807
T (562) 433-7718 Telephone
F (562) 433-7719 Facsimile
E longbeachesq@gmail.com
www.longbeachesq.com
Attorney for BANNERET, LLC

UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

| | |
|---|---|
| CHRIS LANGER,<br><br>                    Plaintiff,<br><br>v.<br><br>BANNERET, LLC, a California Limited Liability Company; H AND I FOODS INC., a California Corporation; THE SMALL CAFE, LLC, a California Limited Liability Company, Does 1-10, inclusive,<br><br>                    Defendant(s). | Case No. 2:19-cv-01272-ODW-JEM<br>Assigned to: Judge Otis D. Wright, II<br>(Peremptory Challenge On File/Pending Ruling<br><br>**DEFENDANT, BANNERET, LLC'S, ANSWER TO COMPLAINT; AFFIRMATIVE DEFENSES; AND CERTIFICATE OF SERVICE** |

Defendant BANNERET, LLC, a California corporation ("Defendant") respectfully submits its Answer and Affirmative Defenses in response to the Complaint of Plaintiff CHRIS LANGER ("Plaintiff").

## **DEFENDANT BANNERET, LLC S ANSWER**

Defendant BANNERET, LLC, a California corporation ("Defendant"), answers the unverified complaint of CHRIS LANGER("Plaintiff") on

DEFENDANT, BANNERET, LLC'S, ANSWER TO COMPLAINT; AFFIRMATIVE DEFENSES; AND CERTIFICATE OF SERVICE - 1

file herein, for itself only, as follows:

## NATURE OF THE ACTION

1. Answering Paragraph 1 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of allegations contained therein, and on that basis denies each and every allegation contained therein.

2. Answering Paragraph 2 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein since Defendant has neither owned nor operated any business any business at 5650-5656 E. 2nd Street, Long Beach, California, and on that basis denies each and every allegation contained therein.

3. Answering Paragraph 3 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein since Defendant has neither owned nor operated any business any business at 5650-5656 E. 2nd Street, Long Beach, California, and on that basis denies each and every allegation contained therein.

## PARTIES

4. Answering Paragraph 4 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

5. Answering Paragraph 5 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein since Defendant has neither owned nor operated any business any business at 5650-5656 E. 2nd Street, Long Beach, California, and on that basis denies each and every allegation contained therein.

6. Answering Paragraph 6 of the Complaint on file, Defendant denies each and every allegation contained therein based on the grounds that Defendant has neither owned nor operated any business at 5650-5656 E. 2nd Street, Long Beach, California, CA 90266, and on that basis. In addition, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein as to other defendants' ownership or operation.

7. Answering Paragraph 7 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein since Defendant has neither owned nor operated any business any business at 5650-5656 E. 2nd Street, Long Beach, California, and on that basis denies each and every allegation contained therein.

8. Answering Paragraph 8 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

## JURISDICTION AND VENUE

9. Answering Paragraph 9 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

10. Answering Paragraph 10 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

11. Answering Paragraph 11 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the

allegations contained therein, and on that basis denies each and every allegation contained therein.

## STATEMENT OF FACTS

12. Answering Paragraph 12 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

13. Answering Paragraph 13 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

14. Answering Paragraph 14 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

15. Answering Paragraph 15 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

16. Answering Paragraph 16 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

17. Answering Paragraph 17 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation

contained therein.

18. Answering Paragraph 18 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein since Defendant has neither owned nor operated any business any business at 5650-5656 E. 2nd Street, Long Beach, California, and on that basis denies each and every allegation contained therein.

19. Answering Paragraph 19 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein since Defendant has neither owned nor operated any business any business at 5650-5656 E. 2nd Street, Long Beach, California, and on that basis denies each and every allegation contained therein.

20. Answering Paragraph 20 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein since Defendant has neither owned nor operated any business any business at 5650-5656 E. 2nd Street, Long Beach, California, and on that basis denies each and every allegation contained therein.

21. Answering Paragraph 21 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein since Defendant has neither owned nor operated any business any business at 868 S. Olive Street, Los Angeles, CA 90014, and on that basis denies each and every allegation contained therein.

22. Answering Paragraph 22 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein since Defendant has neither owned nor operated any business any business at 301 W. Broadway, Long Beach, CA 90802, and on that basis denies each and every allegation contained therein.

23.     Answering Paragraph 23 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein since Defendant has neither owned nor operated any business any business at 5650-5656 E. 2nd Street, Long Beach, California, and on that basis denies each and every allegation contained therein.

24.     Answering Paragraph 24 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein since Defendant has neither owned nor operated any business any business at 5650-5656 E. 2nd Street, Long Beach, California, and on that basis denies each and every allegation contained therein.

25.     Answering Paragraph 25 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein since Defendant has neither owned nor operated any business any business at 5650-5656 E. 2nd Street, Long Beach, California, and on that basis denies each and every allegation contained therein.

26.     Answering Paragraph 26 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein since Defendant has neither owned nor operated any business any business at 5650-5656 E. 2nd Street, Long Beach, California, and on that basis denies each and every allegation contained therein.

27.     Answering Paragraph 27 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein since Defendant has neither owned nor operated any business any business at 5650-5656 E. 2nd Street, Long Beach, California, and on that basis denies each and every allegation contained therein.

28.     Answering Paragraph 28 of the Complaint on file, Defendant is

without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein since Defendant has neither owned nor operated any business any business at 5650-5656 E. 2nd Street, Long Beach, California, and on that basis denies each and every allegation contained therein.

29. Answering Paragraph 29 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein since Defendant has neither owned nor operated any business any business at 5650-5656 E. 2nd Street, Long Beach, California, and on that basis denies each and every allegation contained therein.

30. Answering Paragraph 30 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein since Defendant has neither owned nor operated any business any business at 5650-5656 E. 2nd Street, Long Beach, California, and on that basis denies each and every allegation contained therein.

31. Answering Paragraph 31 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein since Defendant has neither owned nor operated any business any business at 5650-5656 E. 2nd Street, Long Beach, California, and on that basis denies each and every allegation contained therein.

32. Answering Paragraph 32 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein since Defendant has neither owned nor operated any business any business at 5650-5656 E. 2nd Street, Long Beach, California, and on that basis denies each and every allegation contained therein.

33. Answering Paragraph 33 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the

allegations contained therein since Defendant has neither owned nor operated any business any business at 5650-5656 E. 2nd Street, Long Beach, California, and on that basis denies each and every allegation contained therein.

34. Answering Paragraph 34 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein since Defendant has neither owned nor operated any business any business at 5650-5656 E. 2nd Street, Long Beach, California, and on that basis denies each and every allegation contained therein.

35. Answering Paragraph 35 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein since Defendant has neither owned nor operated any business any business at 5650-5656 E. 2nd Street, Long Beach, California, and on that basis denies each and every allegation contained therein.

36. Answering Paragraph 36 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein since Defendant has neither owned nor operated any business any business at 5650-5656 E. 2nd Street, Long Beach, California, and on that basis denies each and every allegation contained therein.

37. Answering Paragraph 37 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein since Defendant has neither owned nor operated any business any business at 5650-5656 E. 2nd Street, Long Beach, California, and on that basis denies each and every allegation contained therein.

///

///

## FIRST CAUSE OF ACTION

### (Discrimination based on Disability)

38. Answering Paragraph 38 of the Complaint on file, Defendant reasserts and incorporates by this reference its Answers in Paragraphs 1 through 37 above as though fully set forth herein.

39. Answering Paragraph 39 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

40. Answering Paragraph 40 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

41. Answering Paragraph 41 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

42. Answering Paragraph 42 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein since Defendant has neither owned nor operated any business any business at 5650-5656 E. 2nd Street, Long Beach, California, and on that basis denies each and every allegation contained therein.

43. Answering Paragraph 43 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

44. Answering Paragraph 44 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

45. Answering Paragraph 45 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein since Defendant has neither owned nor operated any business any business at 5650-5656 E. 2nd Street, Long Beach, California, and on that basis denies each and every allegation contained therein.

46. Answering Paragraph 46 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein since Defendant has neither owned nor operated any business any business at 5650-5656 E. 2nd Street, Long Beach, California, and on that basis denies each and every allegation contained therein.

47. Answering Paragraph 47 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein since Defendant has neither owned nor operated any business any business at 5650-5656 E. 2nd Street, Long Beach, California, and on that basis denies each and every allegation contained therein.

48. Answering Paragraph 48 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein since Defendant has neither owned nor operated any business any business at 5650-5656 E. 2nd Street, Long Beach, California, and on that basis denies each and every allegation contained therein.

49. Answering Paragraph 49 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the

allegations contained therein since Defendant has neither owned nor operated any business any business at 5650-5656 E. 2nd Street, Long Beach, California, and on that basis denies each and every allegation contained therein.

50. Answering Paragraph 50 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein since Defendant has neither owned nor operated any business any business at 5650-5656 E. 2nd Street, Long Beach, California, and on that basis denies each and every allegation contained therein.

## **SECOND CAUSE OF ACTION**

### **(Violations of Unruh Rights Act)**

51. Answering Paragraph 51 of the Complaint on file, Defendant reasserts and incorporates by this reference its Answers in Paragraphs 1 through 50 above as though fully set forth herein.

52. Answering Paragraph 52 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained therein.

53. Answering Paragraph 53 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein since Defendant has neither owned nor operated any business any business at 5650-5656 E. 2nd Street, Long Beach, California, and on that basis denies each and every allegation contained therein.

54. Answering Paragraph 54 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein since Defendant has neither owned nor operated any business any business at 5650-5656 E. 2nd Street, Long Beach, California, and on

that basis denies each and every allegation contained therein.

55. Answering Paragraph 55 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein since Defendant has neither owned nor operated any business any business at 5650-5656 E. 2nd Street, Long Beach, California, and on that basis denies each and every allegation contained therein.

56. Answering Paragraph 56 of the Complaint on file, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein since Defendant has neither owned nor operated any business any business at 5650-5656 E. 2nd Street, Long Beach, California, and on that basis denies each and every allegation contained therein.

## DEFENDANT BANNERET, LLC'S AFFIRMATIVE DEFENSES

Defendant BANNERET, LLC, a California corporation ("Defendant"), respectfully submits its affirmative defenses to the unverified complaint of CHRIS LANGER("Plaintiff") on file herein, for itself only, as follows:

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

57. As a separate and distinct affirmative defense, Defendant alleges, without admitting any liability or obligation, if any, and without impairing the answer herein, that the Complaint on file fail fails to state facts sufficient to constitute a cause of action upon which relief can be granted against Defendant.

## SECOND AFFIRMATIVE DEFENSE
### (No Causation)

58. As a separate and distinct affirmative defense, Defendant alleges, without admitting any liability or obligation, if any, and without impairing the answer herein, that any and all damages purportedly sustained by Plaintiff arising

out of the subject matter of the Complaint were not caused by Defendant as Defendant has neither owned nor operated the business at issue at 5650-5656 E. 2nd Street, Long Beach, California due to cancellation of the purchase escrow without consummation.

### THIRD AFFIRMATIVE DEFENSE
### (Recovery of Reasonable Expense)

59. As a separate and distinct affirmative defense, Defendant alleges, without admitting any liability or obligation, if any, and without impairing the answer herein, that Plaintiff's actions or tactics with respect to the commencement and subsequent conduct of this litigation are frivolous with respect to the Defendant and entitle the Defendant to recovery of any reasonable expense, including attorney's fees, incurred in the defense of this instant action.

### FOURTH AFFIRMATIVE DEFENSE
### (Reservation of Defenses)

60. Defendant alleges, without admitting any liability or obligation, if any, and without impairing the general denials herein, that Defendant has insufficient knowledge or information upon which to form a belief as to whether Defendant may have additional, as yet unstated affirmative defenses available, and therefor, Defendant reserves the right to amend, modify, revise or supplement this Answer, and to plead further affirmative defenses in the event discovery indicates that they would be appropriate and proper.

### PRAYER

WHEREFORE, Defendant BANNERET, LLC, a California corporation, respectfully prays the Court to enter a judgment against Plaintiff CHRIS LANGER as follows:

     1.     That Plaintiff's Complaint on file against Defendant be dismissed with prejudice;

     2.     That Plaintiff takes nothing from Defendant by reason of its Complaint on file;

     3.     That Defendant be awarded reasonable attorneys' fees;

     4.     That Defendant be awarded costs of suit incurred in defense of the Complaint on file;

     5.     For such other and further relief as the Court may deem just, proper and equitable.

DATED: April 8, 2019         Respectfully Submitted,
                                       LAW OFFICES OF MICHELE A. DOBSON

                                       _____
                                       MICHELE A. DOBSON
                                       Attorney for BANNERET, LLC

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this case. All counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by first class mail.

DATED: April 8, 2019                    LAW OFFICES OF MICHELE A. DOBSON

_____
MICHELE A. DOBSON
Attorney for BANNERET, LLC