| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | MARK D. POTTER, ESQ., SBN 166317 |
|   | PHYL GRACE, ESQ., SBN 171771 |
| 3 | BRADLEY SMITH, ESQ., SBN 296444 |
| 4 | 8033 Linda Vista Road, Suite 200 |
|   | San Diego, CA 92111 |
| 5 | Phone: (858) 375-7385 |
|   | Fax: (888) 422-5191 |
| 6 | bradleys@potterhandy.com |

Attorney for Plaintiff CHRIS LANGER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **Chris Langer**, | ) | Case No.: 2:19-CV-01272-ODW-JEM |
|    Plaintiff, | ) | |
| v. | ) | |
| **Banneret, LLC**, a California Limited Liability Company; | ) | |
| **H & I Foods Inc.**, a California Corporation; | ) | **Declaration of Bradley Smith in Support of Plaintiff's Motion to Compel.** |
| **The Small Café, LLC**, a California Limited Liability Company; and Does 1-10, | ) | |
|    Defendants. | ) | |

**DECLARATION OF BRADLEY SMITH**

**1.** I am licensed to practice law by the State Bar of California. I am Plaintiff's attorney, and I am familiar with this case. Based on my knowledge and experience, I can attest to the following facts.

**2.** On June 11, 2019, Plaintiff propounded Set-One Discovery upon Defendant. Set-One Discovery consists of Requests for Production of Documents, Interrogatories, and Requests for Admissions.

3. Attached as Exhibit 1 is a true and correct copy of the Proof of Service for Set-One Discovery.

4. Because Defense Counsel requested an extension of time to respond, Defendants' responses to Set-One Discovery were due on August 7, 2019.

5. On July 29, 2019, Plaintiff's Counsel sent a letter to Defendants' Counsel in an attempt to meet and confer under Local Rule 37-1.

6. Attached as Exhibit 2 is a true and correct copy of the meet and confer letter.

7. On October 10, 2019, Plaintiff's Counsel sent a second letter to Defendants' Counsel to meet and confer under Local Rule 37-1.

8. Attached as Exhibit 3 is a true and correct copy of the meet and confer letter.

9. Plaintiff's Counsel has not received responses to Set-One Discovery nor a response to his two meet and confer letters. As such, Defendants have not meet their obligation to meet and confer under Local Rule 37-1. Accordingly, I am submitted this motion without a Joint Stipulation pursuant to Local Rule 37-2.4.

10. My hourly billing rate is $200.00.

11. I am seeking Rule 37 sanctions in the amount of $1600 as follows:

| | | |
|---|---|---|
| Meet and Confer Attempts | 1 Hour | $200; |
| Motion Drafting | 5 Hours | $1000; |
| Reply to Opposition | 2 Hours | $400 |

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated: October 29, 2019

CENTER FOR DISABILITY ACCESS

By: *B. Q. Smith*
Bradley Smith
Attorney for Plaintiff