# PROOF OF SERVICE
## Langer v. Banneret, LLC et al
## 2:19-cv-01272-ODW-JEM

I, the undersigned, am over the age of eighteen years. I am not a party to the above-entitled action; my business address is 9845 Erma Road, Suite 300, San Diego, California 92131

On June 11, 2019 I served the following document(s):

-INTERROGATORIES PROPOUNDED BY PLAINTIFF
- REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED BY PLAINTIFF
- REQUESTS FOR ADMISSIONS PROPOUNDED BY PLAINTIFF

(FOR DEFENDANT: BANNERET LLC, H & I FOODS INC & THE SMALL CAFÉ, LLC)

Addressed to:

Michele Dobson
3711 Long Beach Blvd., Suite 500
Long Beach, CA 90807

☑ BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.
☐ BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.
☐ BY OVERNITE EXPRESS: I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.
☐ BY PERSONAL SERVICE: I caused said documents to be personally served on all listed recipients via Diversified Legal Services.
☐ BY ELECTRONIC MAIL TRANSMISSION: via email. I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).

Executed on June 11, 2019, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_Kayla Drayton_
Kayla Drayton

PROOF OF SERVICE