# CENTER FOR DISABILITY ACCESS
### A Law Firm

| | |
|---|---|
| Deliveries: | Mark Potter, Esq. |
| 9845 Erma Road, Suite 300 | mark@potterhandy.com |
| San Diego, CA 92131 | Sara Ehsani-Nia, Esq. |
| Mail: | Sarae@potterhandy.com |
| P.O. Box 262490 | Phone: (858) 375-7385 |
| San Diego, CA 92196-2490 | Fax: (888) 422-5191 |

July 29, 2019

Michele Dobson
Law Offices of Michele A. Dobson
Historic Bixby Knolls
3711 Long Beach Blvd Suite 500
Long Beach CA 90807
longbeachesq@gmail.com

VIA ELECTRONIC MAIL AND FIRST CLASS MAIL

Re:   *Langer v. Banneret, LLC*
      *USDC Central District of California Case No. 2:19-CV-01272-ODW-JEM*

Dear Ms. Dobson:

On June 11, 2019, our office propounded Request for Admissions, Requests for Production of Documents and Interrogatories on Defendant Banneret LLC, H&I Foods Inc and The Small Café, LLC. The responses were due to be served on or before **July 15, 2019**. As of the date of this letter, no responses for Set One Request for Admissions, Requests for Production of Documents and Interrogatories have been received. Also no request for an extension has been received or granted. Please consider this letter an invitation to meet and confer pursuant to FRCP § 37(a)(1) and Local Rules.

Due to your failure to respond timely or seek an extension, objections to the Requests for Production of Documents have been waived. Please forward your complete, verified, and unobjected responses to Requests for Production of Documents within **ten days** of the date of this letter so that we may avoid the necessity of a motion to compel and sanctions.

If you believe you have received this letter in error or wish to meet and confer regarding the current discovery dispute, **please contact me within 10 days of the date of this letter** with your preferred date and time and I will happily arrange a telephonic pre-filing

conference of counsel. However, if I receive no response—either to discovery or my invitation to further meet and confer—I will file a motion to compel along with a declaration detailing Defendants' unwillingness to cooperate in the discovery and meet and confer processes.

Thank you for your attention to this matter. If you have any questions, please do not hesitate to contact me.

Thank you,

*Sara Ehsani-Nia*

Sara Ehsani-Nia, Esq.