# CENTER FOR DISABILITY ACCESS
A Law Firm

| | |
|---|---|
| Deliveries: | Mark Potter, Esq. |
| 9845 Erma Road, Suite 300 | mark@potterhandy.com |
| San Diego, CA 92131 | Bradley Smith, Esq. |
| Mail: | bradleys@potterhandy.com |
| P.O. Box 262490 | Phone: (858) 375-7385 |
| San Diego, CA 92196-2490 | Fax: (888) 422-5191 |

October 10, 2019

Michele Dobson, Esq.
Law Offices of Michele A. Dobson
3711 Long Beach Blvd., Suite 500
Long Beach, CA 90807
longbeachesq@gmail.com

Via Email & US Mail

Re:     **Langer v. Banneret, LLC., et al.
        Central District Court Case No. 2:19-CV-01272-ODW-JEM**

Dear Ms. Dobson:

      On June 11, 2019, I propounded Set-One Request for Admissions, Requests for Production of Documents, and Interrogatories on Defendants Banneret LLC, H&I Foods Inc., and The Small Café, LLC.  Pursuant to Defendants' requested extension of time to respond, their responses were due on August 7, 2019.  As of the date of this letter, I have not received Defendants' responses nor another request for an extension of time to respond.  Please consider this letter as an invitation to meet and confer pursuant to FRCP § 37(a)(1) and the Local Rules.

      Due to Defendants' failure to respond, their objections to Set-One Requests for Production of Documents and Interrogatories have been waived.  Also, the Request for Admissions will be deemed admitted.  Please forward Defendants' complete, verified, and un-objected responses to Set-One Requests for Production of Documents and Interrogatories within ten days of receiving this letter so we may avoid the need for a motion to compel.

If you believe you have received this letter in error, or if you wish to meet and confer regarding this issue, please contact me within 10 days of the date of this letter with your preferred date and time, and I will happily arrange a telephonic pre-filing conference of counsel.  However, if I receive no response—either to discovery or my invitation to further meet and confer—I will file a motion to compel.

Thank you for your attention to this matter.  If you have any questions, please do not hesitate to contact me.

Thank you,

*B. A. Smith*

Bradley Smith