1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**,<br><br>       Plaintiff,<br><br>  v.<br><br>**Banneret, LLC**, a California Limited Liability Company;<br>**H & I Foods Inc.**, a California Corporation;<br>**The Small Café, LLC**, a California Limited Liability Company; and Does 1-10,<br><br>       Defendants. | Case No.: 2:19-CV-01272-ODW-JEM<br><br>**ORDER re: Plaintiff's Motion to Compel Set One Discovery Responses**<br><br>**Date:** December 3, 2019<br>**Time:** 10:00am<br>**Courtroom:** 640<br>**Magistrate Judge:** Hon. John E. McDermott<br><br>**Discovery cut-off:** March 16, 2020<br>**Pre-trial conference:** June 29, 2020<br>**Trial:** July 21, 2020 |

      Plaintiff's Motion to Compel Set-One Discovery Responses came before the Court at the above date and time. Upon consideration of the Memorandum of Points and Authorities and accompanying Declaration and Exhibits, and for good cause shown,

      **IT IS HEREBY ORDERED:**

1. Defendants Banneret LLC, H & I Foods Inc., and The Small Café LLC must serve unobjected responses to Plaintiff's Set-One Interrogatories within 14 days;

2. Defendants Banneret LLC, H & I Foods Inc., and The Small Café LLC must serve unobjected responses to Plaintiff's Set-One Requests for Production within 14 days; and,

3. Defendants Banneret LLC, H & I Foods Inc., and The Small Café LLC must pay $1,600.00 in sanctions.

**IT IS SO ORDERED.**

Dated: November 25, 2019

_____
Honorable John E. McDermott
Magistrate Judge
United States District Court