**EXHIBIT 1**

CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Isabel Rose Masanque, Esq., SBN 292673
Sara Gunderson, Esq., SBN 302582
Chris Carson, Esq., SBN 280048
Delivery:8033 Linda Vista Rd, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
isabelm@potterhandy.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, <br><br> Plaintiff, <br><br> v. <br><br> **Banneret, LLC**, a California Limited Liability Company; <br> **H & I Foods Inc**., a California Corporation; <br> **The Small Café, LLC**, a California Limited Liability Company; and Does 1-10, <br><br> Defendants. | **Case:** 2:19-CV-01272-ODW-JEM <br><br> **Declaration of Corey Taylor in Support of Plaintiff's Reply Brief** |

1. I, the undersigned, am an investigator hired by the Center for Disability Access to conduct an investigation in this case. Based upon my own experience and knowledge, I can competently testify to the following.

2. I was given the assignment of going to the Flavor of Punjab

DocuSign Envelope ID: 62072E3F-C37E-4DDA-931B-494D0B706F31

located at or about 5650 E. 2nd Street, Long Beach, California and the Small Café located at or about 5656 E. 2nd Street, Long Beach, California, and taking photographs and measurements of the rear parking lot in the alleyway behind the building where the businesses are located.

3. I conducted the investigation on April 27, 2020. The photographs submitted as Exhibit "2" are true and accurate copies of the photographs I took of the rear parking lot on the date of my investigation.

4. During my investigation, I found a parking lot located behind the alleyway of the businesses near the Rite Aid. The parking lot had approximately 20 total parking spaces, one of which was marked and reserved for use by persons with disabilities.

5. I measured the parking stall of the designated accessible parking space to be 112 inches wide and the access aisle to be 92 inches wide.

6. Using a slope reader which I calibrated that morning, I found running slopes in the parking stall and access aisle measuring 3.2% and 2.7%, respectively.

7. I also found cross-slopes in the parking stall parking measuring 2.2%.

8. I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated: April 27, 2020     By: _____
                              Corey Taylor