**EXHIBIT 2**







