1

Michele A. Dobson, (Bar No. 192349)
LAW OFFICES OF MICHELE A. DOBSON
Historic Bixby Knolls
3711 Long Beach Blvd., Suite 5047
Long Beach, CA 90807
T (562) 433-7718 Telephone
F (562) 433-7719 Facsimile
E longbeachesq@gmail.com
www.longbeachesq.com

2

3

4

5

6

Attorney for Defendants

7

8

9

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

10

11

12

**Chris Langer**,

   Plaintiff,

13

14

  v.

15

**Banneret, LLC**, a California Limited Liability Company;
**H & I Foods Inc**., a California Corporation;
**The Small Café, LLC**, a California Limited Liability Company; and Does 1-10,

16

17

18

   Defendants

19

20

21

22

23

Case No. 2:19-cv-01272-ODW-JEM

Honorable Judge Otis D. Wright II
Magistrate Judge John E. McDermott

**DEFENDANT, BANNERET, LLC, H&I FOODS, INC, AND THE SMALL CAFÉ'S, OBJECTION TO THE REPLY IN SUPPORT OF NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT (DOCKET NO. 77) FILED BY PLAINTIFF CHRIS LANGER, SPECIFICALLY EXHIBIT 1, THE DECLARATION OF COREY TAYLOR AND EXHIBIT 2 THE PHOTOGRAPHS OF COREY TAYLOR; PROOF OF SERVICE**

**DATE: May 11, 2020**
**TIME: 1:30 p.m.**
**DEPT: 5D (5th Floor)**

24

  **TO THIS HONORABLE COURT, TO ALL PARTIES AND TO**

25

26

**THEIR ATTORNEYS OF RECORD:**

27

28

1

Defendants, The Small Café, H & I Foods, Inc. and Banneret, LLC, hereby objects to Docket No. 77, Exhibit "1", the declaration of Corey Taylor AND Exhibit "2" the photographs of Corey Taylor as follows:

| OBJ NO. | DEFENDANTS' OBJECTION | SUSTAINED | OVERRULED |
|---|---|---|---|
| 1. | **As to Docket No. 77, Exhibit "1" and Exhibit "2:"** Even when a reply brief is allowed, Rule 56 does not permit the moving party in summary judgment to include additional evidence in support of its motion for summary judgment. *(Pimentel & Sons Guitar Makers, Inc. v. Pimentel, 229 F.R.D. 208, 210 (D.N.M. 2005) (observing that courts generally disfavor the inclusion of new evidence in reply briefs), with Baugh v. City of Milwaukee, 823 F. Supp. 1452, 1456 (E.D. Wis. 1993), aff'd, 41 F.3d 1510 (7th Cir. 1994) (It seems absurd to say that reply briefs are allowed but that a party is proscribed from backing up its arguments in reply with the necessary evidentiary material.).* | | |
| 2. | **As to Docket No. 77, Exhibit "1" and Exhibit "2:"** Rule 56 discusses only affidavits in support of or in opposition to a motion for summary judgment, and does not provide for reply brief affidavits. *(Baugh, 823 F. Supp. at 1456; Oto v. Metro. Life Ins. Co., 224 F.3d 601, 604-05 (7th Cir. 2000) (Rule 56 merely provides for the submission of affidavits in support of or opposition to a motion for summary judgment.); Cont'l Tire N. Am., Inc. v. Transp. Solutions, Inc., No. 3:05cv231, 2007 WL 4287520, at 7 (W.D.N.C. Dec. 4, 2007) (asserting that Rule 56 contemplates only . . . supporting and opposing affidavits).* | | |
| 3. | **As to Docket No. 77, Exhibit "1" and Exhibit "2:"** | | |

| | | | |
|---|---|---|---|
| | An affidavit supporting a motion for summary judgment must be served with the moving papers. *FRCP 56; Stevens v. Deluxe Fin. Servs., Inc.,* 199 F. Supp. 2d 1128, 1130 (D. Kan. 2002) *(finding nonmoving party's opportunity to respond to new evidence implicit in Rule 56 notice requirement).* | | |
| 4. | **As to Docket No. 77, Exhibit "1" and Exhibit "2:"** The opposing party's right to respond to evidence submitted in support of a summary judgment reply is implicit in the requirement that the opposing party receive notice and an opportunity to respond before the court rules on the motion. The purpose of notice and opportunity to respond extend Rule 56(c) to the situation where the moving party submits in a reply brief with new evidence in support of its motion for summary judgment and the non-moving party does not have an opportunity to respond. *Seay v. Tenn. Valley Auth.,* 339 F.3d 454, 481-82 (6th Cir. 2003); see also *FED. R. CIV. P. 6(c)(2).* | | |

Dated:  April 28, 2020                   LAW OFFICES OF MICHELE A. DOBSON

_____

MICHELE A. DOBSON
Attorney for All Defendants

3

1
2

**PROOF OF SERVICE**
LANGER V. BANNERET, LLC
CASE #: 2:19-CV-01272-ODW-JEM

3
4

I, the undersigned, am over the age of eighteen years. I am not a party to the above- entitled action; my business address is 3711 Long Beach Blvd., Ste 5047, Long Beach, CA 90807

5

On April 29, 2020 I served the following document(s):

6
7
8
9

*Defendant, Banneret, LLC, H&I Foods, Inc, And The Small Café's, Objection To The Reply In Support Of Notice Of Motion And Motion For Summary Judgment (Docket No. 77) Filed By Plaintiff Chris Langer, Specifically Exhibit 1, The Declaration Of Corey Taylor And Exhibit 2 The Photographs Of Corey Taylor*

10
11

Addressed to:

12
13
14
15

**Phyl Grace**
**Dennis Jay Price, II**
**9845 Erma Road, Suite 300**
**San Diego, CA 82131**
**phylg@potterhandy.com**
**phylg@potterhandy.com**

16
17
18
19
20
21
22
23

[X] BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Long Beach, California.
[   ] BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.
[   ] BY OVERNITE EXPRESS: I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnight Express drop box at Long Beach, California.
[   ] BY PERSONAL SERVICE: I caused said documents to be personally served on all listed recipients via Diversified Legal Services.
[X] BY ELECTRONIC MAIL TRANSMISSION: via email. I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).

24

Executed on April 29, 2020, from Long Beach, California.

25
26

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

27
28

_____
Michele A. Dobson, Esq.

4