CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Isabel Rose Masanque, Esq., SBN 292673
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
IsabelM@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, <br><br> Plaintiff, <br><br> v. <br><br> **Banneret, LLC**, a California Limited Liability Company; <br> **H & I Foods Inc.**, a California Corporation; <br> **The Small Café, LLC**, a California Limited Liability Company; and Does 1-10, | **Case:** 2:19-CV-01272-ODW-JEM <br><br> **PLAINTIFF'S RESPONSE TO DEFENDANTS' OBJECTIONS TO EVIDENCE IN SUPPORT OF PLAINTIFF'S REPLY BRIEF [Dkt. No. 78]** <br><br><br> Hon. Otis D. Wright II |

# **PLAINTIFF'S RESPONSE TO DEFENDANT'S OBJECTIONS**

Evidence submitted in direct response to evidence raised in opposition "is not 'new.'" See *In re ConAgra Foods, Inc.*, 302 FRD 537, 559, fn. 87 (C.D. Cal. 2014); see also *Edwards v. Toys 'R' US*, 527 F.Supp.2d 1197, 1205 n. 31 (C.D. Cal. 2007)("Evidence is not 'new,' however, if it is submitted in direct response to proof adduced in opposition to a motion"). Moreover, a moving party may address new matters raised in an opposition brief if the issues were reasonably unforeseen at the time of the filing of the opening brief.[1]

Here, Plaintiff's theory of liability did not rely on the parking lot at the rear of the building, therefore it was not addressed in his moving papers. The rear parking lot was first raised in Defendants' (untimely filed) opposition to Plaintiff's motion for summary judgment. The additional evidence regarding the rear parking lot was raised directly in response to Defendants' opposition and therefore does not constitute "new" evidence under Rule 56.

Dated: April 29, 2020          CENTER FOR DISABILITY ACCESS

By: */s/ Isabel Rose Masanque*
Isabel Rose Masanque
Attorneys for Plaintiff

---

[1] Phillips & Stevenson, Rutter Group Practice Guide: Federal Civil Procedure Before Trial, Calif & 9th Cir. Editions (The Rutter Group, current through April 2020 update) ¶ 12:107.