CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Christopher A. Seabock, Esq., SBN 279640
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
ChrisS@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer,** | ) Case No.: 2:19-cv-01272-ODW-JEM |
| Plaintiff, | ) |
| | ) **PLAINTIFF'S PRETRIAL DISCLOSURES** |
| v. | ) |
| | ) Final Pretrial Conference: June 29, 2020 |
| **Banneret, LLC,** a California Limited Liability Company; | ) Time: 1:30 p.m. |
| **H & I Foods Inc.,** a California Corporation; | ) |
| **The Small Café, LLC,** a California Limited Liability Company; and Does 1-10, | ) Complaint Filed: February 21, 2019 |
| | ) Trial Date: July 21, 2020 |
| Defendants. | ) |
| | ) Honorable Judge Otis D. Wright, II |
| | ) |
| | ) |

Pursuant to FRCP 26(a)(3) and Local Rules 16-2.3 and 16-2.4, the plaintiff hereby submits his Pretrial Disclosures. Plaintiff reserves the right to revise, withdraw, amend or modify and/or supplement these disclosures should new information become available.

Plaintiff's Pretrial Disclosures                    Case #: 2:19-cv-01272-ODW-JEM

**1.**   **WITNESSES PLAINTIFF EXPECTS TO PRESENT**

Chris Langer – Through Plaintiff's Counsel

Evens Louis – Through Plaintiff's Counsel

Soyoung Ward – 22340 S Western Ave.

Torrance, CA 90501

Cory Slater – 6140 Debs Ave.

Woodland Hills, CA 91367

**2.**   **WITNESSES PLAINTIFF EXPECTS TO PRESENT BY DEPOSITION**

None at this time.

**3**   **EXHIBITS PLAINTIFF EXPECTS TO OFFER**

- Plaintiff's Complaint;
- Defendant Banneret, LLC's Answer;
- Defendant H & I Foods, Inc.'s Answer;
- Defendant The Small Café's Answer;
- Photographs of the Flavor of Punjab and The Small Café, taken by Plaintiff during his January 22, 2019 visit;
- Photographs of the Flavor of Punjab and The Small Café taken by Mr. Louis on February 12, 2019;
- Copy of Report by Soyoung Ward of inspection of the Flavor of Punjab and The Small Café on February 6, 2020;
- Copy of Job Estimate by Cory Slater dated February 8, 2020;
- Plaintiff's discovery requests and Defendants' responses.

2

1  Plaintiff reserves the right to revise, withdraw and/or to supplement these Pretrial Disclosures
2  as necessary and produce additional witness and exhibits who may be relevant to this case as
3  they become known during the course of this litigation and as permitted by Fed.R.Civ.P. 26(e).

4

5  Dated: June 19, 2020                    CENTER FOR DISABILITY ACCESS

6

7                                          By: /s/ Christopher A. Seabock

8                                          CHRISTOPHER A. SEABOCK
                                           Attorneys for Plaintiff
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff's Pretrial Disclosures                    Case #: 2:19-cv-01272-ODW-JEM