## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 19-01272-ODW(JEMx) | Date | July 13, 2020 |
|---|---|---|---|
| Title | Chris Langer v. Banneret, LLC et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | | Gaye Limon |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Raymond George Ballister , Jr | | Michele A Dobson |

**Proceedings:**          **PRETRIAL CONFERENCE**

Case called, appearances made telephonically.  The Court and counsel discuss the status of the case as set forth on the record.

Counsel were ordered to contact the clerk by email on Wednesday regarding their preferences to either appear in person or by telephone re the bench trial commencing on July 21, 2020 at 9:00 am.

|  | : | 15 |
|---|---|---|
| Initials of Preparer | se | |