CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Dennis Price, Esq., SBN 279082
Christopher A. Seabock, Esq., SBN 279640
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
ChrisS@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer,** | Case No.: 2:19-cv-01272-ODW-JEM |
| Plaintiff, | |
| v. | **Notice of Indication of Mootness** |
| **Banneret, LLC,** a California Limited Liability Company; **H & I Foods Inc.,** a California Corporation; **The Small Café, LLC,** a California Limited Liability Company; and Does 1-10, | |
| Defendants. | |

**TO THE COURT, ALL PARTIES, HEREIN:**

On September 30, 2019, the Court declined to exercise supplemental jurisdiction over Plaintiff's Unruh Act claim. Dkt. 48. This limited Plaintiff's remedies to solely injunctive relief. Wander v. Kaus, 304 F.3d 856, 858 (9th Cir. 2002); 42 U.S.C. §12188(a)(1). However, Defendants have presented ample evidence that the alleged barriers have been removed at the subject property. See, e.g., the Court's findings on Plaintiff's Motion for Summary Judgment, Dkt. 102 at 6-7 [finding "substantial remediation" that "Langer does not dispute" and only a dispute of material fact as to "whether Defendants remedied the van accessible parking space"]; see also the Declaration of H&I Foods, Inc., Dkt. 76-24 at ¶ 4 [indicating the parking

1 lot was restriped a second time in February 2020]. As Plaintiff must face a "real and immediate
2 threat of repeated injury" to establish standing for injunctive relief [Fortyune v. Am. Multi-
3 Cinema, Inc., 364 F.3d 1075, 1081 (9th Cir. 2004)], the removal of the alleged barriers ren-
4 ders Plaintiff's claim for injunctive relief moot.

6 Dated: July 14, 2020              CENTER FOR DISABILITY ACCESS

8                                    By: /s/ Christopher A. Seabock
9                                        Christopher A. Seabock
10                                       Attorney for Plaintiff