UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

### CIVIL MINUTES – GENERAL

| No. | CV 19-01272-ODW (JEMx) | Date | July 15, 2020 |
|---|---|---|---|
| Title | *Chris Langer v. Banneret, LLC et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**                              **In Chambers**

On July 14, 2020, Plaintiff Chris Langer filed a "Notice of Indication of Mootness." (Notice, ECF No. 107.) In the Notice, Langer recounts that the Court declined to exercise supplemental jurisdiction over Langer's Unruh Act claim in September 2019, limiting Plaintiff's remedies in this action to solely injunctive relief under the Americans with Disabilities Act ("ADA"). (Notice 1; Min. Order, ECF No. 48.) "Because a private plaintiff can sue only for injunctive relief (i.e., for removal of the barrier) under the ADA, a defendant's voluntary removal of alleged barriers prior to trial can have the effect of mooting a plaintiff's ADA claim." *Oliver v. Ralphs Grocery Co.*, 654 F.3d 903, 905 (9th Cir. 2011) (citation omitted). In the Notice, Langer states that "Defendants have presented ample evidence that the alleged barriers have been removed at the subject property" and that "removal of the alleged barriers renders Plaintiff's claim for injunctive relief moot." (Notice 1–2 (citing *Fortyune v. Am. Multi-Cinema, Inc.*, 364 F.3d 1075, 1081 (9th Cir. 2004).) As Langer has informed the Court that the only remaining claim is moot, the Court **VACATES** the Court Trial on July 21, 2020, and **DISMISSES** this case with prejudice.

**IT IS SO ORDERED.**

                                                                      :   00

                                    Initials of Preparer    SE